USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICAH A. SALISBURY,

                Plaintiff,

   -v-

ANDREW M. SAUL,
Commissioner, Social Security
Administration,

                Defendant.
------------------------------------------------------------X

19 **CIVIL** 706 (JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2020, Salisbury's motion is granted, and the Commissioner's cross-motion is denied. The Commissioner's decision is reversed, and the case is remanded solely for the calculation of benefits; judgment is entered in favor of Salisbury.

**Dated:** New York, New York
        February 27, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

               BY:

                                          **Deputy Clerk**